■ In the Matter of HENRY MARTINEZ, Respondent, v CHARLES SCULLY, as Superintendent of Green Haven Correctional Facility, et al., Appellants. — Judgment of the Supreme Court, Dutchess County, dated November 3, 1983, affirmed, without costs or disbursements, for reasons stated by Justice Benson at Special Term. Mollen, P. J., Gibbons, Bracken and Niehoff, JJ., concur.